**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------x

**Hylton**                                    **USDC #: CV-05-4077**
    **V.**                                  **USCA# 10-3006**
                                              **JUDGE: Garaufis**

**Phillips**

  ------------------------------------------------------x


## THIS RECORD CONSISTS OF THE SCR ONLY

### SECOND SUPPLEMENTAL RECORD


**Index Prepared By:    MARY ANN MCGEE**

**Address:              EASTERN  DISTRICT OF**
                       **NEW YORK**


**Telephone No.:          (718) 613-2310**


     **The document numbers circled on the following pages with the original papers, constitute part of this record on appeal; the other part of this record on appeal consists of electronically filed documents .  The documents with underlined document numbers  may be found on our web site http://www.nyed.uscourts.gov.**


  **10-6-10**