UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x

Hyltton                         USDC #: 05-4077
  v.                            USCA# 10-3006
                                JUDGE: Gershon

Ercole
------------------------------------------------------x

This record consists of (1)color photo array and (2) lineup array mentioned in doc #22

### THIRD SUPPLEMENTAL RECORD

Index Prepared By:     MARY ANN MCGEE

Address:             EASTERN DISTRICT OF
                                NEW YORK

Telephone No.:           (718) 613-2310

      The document numbers circled on the following pages with the original papers, constitute part of this record on appeal; the other part of this record on appeal consists of electronically filed documents. The documents with underlined document numbers may be found on our web site **http://www.nyed.uscourts.gov**.

12/3/10