FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ APR 19 2011 ★

BROOKLYN OFFICE

**United States District Court**
**Eastern District of New York**

Date: 4/19/11

E.D.N.Y.'s Case Number: Civil/Criminal CV-05-4077

Judge: Garaufis

Court of Appeals Case Number: 10-3006

Caption: Hylton vs. Phillips

## Return of file from the Court of Appeals

Third Supplemental

A.   List the Document numbers returned to us:

Photos in document #22

B.   List the Document numbers that were NOT returned to us:
[An "*" beside a document number means that that document was missing and was not sent to the Court of Appeals.]

By: _____
Deputy Clerk
(718) 260-_____

1. Attach a copy of the Index (the listing of the documents that were sent to the Court of Appeals) to this form, file stamp & docket this form (apprecrt.) indicating what was returned to us & what was not.
2. Send a copy of this completed form to Fred Nunnery c/o Court of Appeals, making a notation in your docket entry that you did so.
3. If there is no closed flag, docket "closed".